FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
_____ DIVISION

Antonio Rodriguez
(Enter above the full name of the plaintiff in this action.)

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
APR 1 0 2006
CHRIS R. JOHNSON, CLERK
BY _____ DEPUTY CLERK

Prisoner ID No. 90763

V.   CASE NO. 06-5062

Washington County Detention Center

(Enter above the full name of the defendant, or defendants, in this action.)

I.  Previous Lawsuits

   A.   Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

        Yes _____    No ✓

   B.   If your answer to A is yes, describe each lawsuit in the space below including the exact plaintiff name or alias used. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

        1.  Parties to this lawsuit

            Plaintiffs: _____

            _____

            Defendants: _____

            _____

        2.  Court (if federal court, name the district; if state, name the county:
            _____
            _____

-1-

3. Docket number: _____

4. Name of judge to whom case was assigned: _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit: _____

7. Approximate date of disposition: _____

II. Place of Present Confinement: _Washington Co Detention Center 1155 W. Clydsedale Dr. Fayethvil AR 72701_

III. There is a written prisoner grievance procedure in the Arkansas Department of Correction and in your county jail. <u>Failure to complete the grievance procedure may affect your case in federal court.</u>

    A. Did you present the facts relating to your complaint in the state or county written prisoner grievance procedure?

        Yes ✓    No _____

    B. If your answer is YES, Attach copies of the most recent written grievance(s)/response(s) relating to your claims showing completion of the grievance procedure. <u>**FAILURE TO ATTACH THE REQUIRED COPIES MAY RESULT IN THE DISMISSAL OF YOUR COMPLAINT.**</u>

    C. If your answer is NO, explain why not: _____

IV. Parties

(In item A below, place your name in the first blank and place your present address in the second blank.)

    A. Name of plaintiff: _Antonio Rodriguez_

    Address: _1155 W. Clydesdale Dr._

    _Fayetteville, AR 72701_

    _F-block_

(In Item B below, place the <u>full</u> name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.)

B.   Defendant: Tim Helder

   Position: Sheriff

   Place of Employment: Washington County Sheriff Office

   Address: 1155 W. Clydesdale Dr. (Fayetteville, AR 72701)

   Defendant: _____

   Position: _____

   Place of Employment: _____

   Address: _____

   Defendant: _____

   Position: _____

   Place of Employment: _____

   Address: _____

   Defendant: _____

   Position: _____

   Place of Employment: _____

   Address: _____

   Defendant: _____

   Position: _____

   Place of Employment: _____

   Address: _____

V.  **Statement of Claim**

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I am being discriminated against by the Washington Co Detention Center

I have went through the proper procedure concerning my problem and have not been properly responded to by the channels of staff here at the Washington Co Detention Center

VI. **Relief**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I would like fair justice and to be treated with dignity and respect like other individuals I would also like to know I never got response

I declare (or certify, verify, or state) under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed this  24  day of  March , 20 06 .

Antonio Rodriguez
**Printed Name of Plaintiff**

*[signature]*
**Signature of Plaintiff**

-4-

# Washington County Detention Center

CHECK ONE: ☐ GRIEVANCE  ☐ REQUEST  ☑ MEDICAL

DATE: 3-21-06  CELL BLOCK: F

DETAINEE'S FULL NAME: Antonio Rodriguez  DOB: 8-14-06

WRITTEN EXPLANATION (LIMIT TO ONE SUBJECT):

Hey the Doctor gave me some medication but they are not working I am hurting bad I am thinking it my be a tumer and just because I am an illeigal doesn't mean I don't have rights if you can't help me with my problem send me back to my country I am Hurting and I think I need surgery it feels and looks like a tumer I need medical attention quick please I need a respond or get imigration over here so I can get help.

RECEIVED BY: Stachey #533  DATE: 3-21-06  TIME: 2:40 p.m

FORWARDED TO: Lavosky 490

RESPONSE:

Sir You have seen Dr. Howard regarding this. As he told you we can give you Ibuprofen and monitor this cyst but we are not going to do anything with this now. It is not a life threatening issue.

RESPONSE BY: S. Moss LPN  DATE: 3/21/06  TIME: ___

Form: Request jk

3.

# Washington County Detention Center

CHECK ONE: ☐ GRIEVANCE  ☒ REQUEST  ☐ MEDICAL

DATE: 2-8-06    CELL BLOCK: B-F

DETAINEE'S FULL NAME: Antonio Rodriguez    DOB: 8-14-67

WRITTEN EXPLANATION (LIMIT TO ONE SUBJECT):

Yesterday I turned in a request to be fwd. to a Sgt. The guards said he fwd it yet I still haven't gotten a response I really need to know something. Please.

Thank You.

RECEIVED BY: Walker 524    DATE: 2/8/06    TIME: ___

FORWARDED TO:

RESPONSE: The sergeants receive requests daily from over 400 detainees — it sometimes takes a few days to get an answer. Please be patient.

RESPONSE BY: Cpl Van Hooser 443    DATE: 2/8/06    TIME: ___

Form: Request.jk

Antonio Rodriguez
1155 W Clydesdale DR
Fayetteville, AR 72701

WCSO MAIL

POSTAGE DUE 24

4.5

United States District Court
P.O. Box 1525
Fort Smith, AR 72902