IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

ANTONIO RODRIGUEZ                                                     PLAINTIFF

v.                            Civil No. 06-5062

SHERIFF TIM HELDER                                       DEFENDANT

## ORDER

Plaintiff has submitted a pro se civil rights complaint for filing in this district. We find the complaint should be provisionally filed prior to a determination regarding plaintiff's status as a pauper. The United States District Clerk is hereby directed to file the complaint.

This court has provided plaintiff with an application for proceeding as a pauper in this matter. Accordingly, plaintiff is given up to and including May 8, 2006, in which to furnish the court with an application or pay the filing fee. **Should plaintiff fail to comply within the required period of time, his complaint will be dismissed for failure to obey a court order.**

Further, plaintiff names the Washington County Jail on the face of his complaint but does not list it on page 2. He does, however, list Sheriff Tim Helder as a defendant. As Sheriff Tim Helder represents the Washington County Detention Center, the district clerk is directed to list Sheriff Tim Helder as the named defendant in this matter.

IT IS SO ORDERED this 7th day of April 2006.

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
APR 1 0 2006
CHRIS R. JOHNSON, CLERK
BY
DEPUTY CLERK

HON. BEVERLY STITES JONES
UNITED STATES MAGISTRATE JUDGE