IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

ANTONIO RODRIGUEZ                                                                  PLAINTIFF

            v.                           Civil No. 06-5062

SHERIFF TIM HELDER;
and DR. HOWARD                                                   DEFENDANTS

## **ORDER**

As it appears this case may be resolved on motion for summary judgment, the defendants are directed to file such a motion on or before **January 3, 2007**. Once the summary judgment motion is filed, the court will prepare a questionnaire to assist the plaintiff in responding to the motion. For this reason, plaintiff is directed not to respond to the motion for summary judgment until so ordered by the court.

IT IS SO ORDERED this 30th day of October 2006.

                                                               /s/ Beverly Stites Jones
                                                               UNITED STATES MAGISTRATE JUDGE