IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION


ANTONIO RODRIGUEZ                                                        PLAINTIFF

                v.                        Civil No. 06-5062

SHERIFF TIM HELDER;
and DR. HOWARD                                                          DEFENDANTS


**O R D E R**

Defendants have filed a motion for summary judgment (Doc. 15).  To assist plaintiff in responding to the summary judgment motion, the undersigned is propounding a questionnaire. The court will consider plaintiff's response to the questionnaire in issuing a report and recommendation on the summary judgment motion.

For this reason, Antonio Rodriguez is hereby directed to complete, sign, and return the attached response to defendants' summary judgment motion on or before **July 26, 2007**. **Plaintiff's failure to respond within the required period of time may subject this matter to dismissal for failure to comply with a court order.**

IT IS SO ORDERED this 22nd day of June 2007.

/s/ *J. Marschewski*

HON. JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE

-1-

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

ANTONIO RODRIGUEZ                                                    PLAINTIFF

            v.                          Civil No. 06-5062

SHERIFF TIM HELDER;
and DR. HOWARD                                                    DEFENDANTS

## RESPONSE TO SUMMARY JUDGMENT MOTION

TO:  ANTONIO RODRIGUEZ

        These questions and answers will serve as your response to the motion for summary

judgment filed by the defendants.  You may use additional sheets of paper in responding to

these questions.  You must file this response by **July 26, 2007.**

        1.  On November 5, 2005, you were booked into the Washington County Detention

Center (WCDC) on charges of breaking and entering, theft of property, and on a hold for

another agency.

        Agree_____ Disagree_____Without knowledge to agree or disagree_____.

        If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 1 at

page 1.

_____

_____

_____

_____

-2-

2.  You completed a medical intake questionnaire and indicated no health problems other than that you could not eat onions.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 2 at page 1.

_____

_____

_____

_____

3.  You signed a Washington County Sheriff's Department medical release and consent for medical services form on November 5, 2005, agreeing to request medical treatment in writing and holding the jail harmless from any pre-existing injuries or illnesses.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 2 at page 2.

_____

_____

_____

_____

4.  You signed an inmate medical insurance information form on November 5, 2005, agreeing to be responsible for your medical bills.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

AO72A
(Rev. 8/82)

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 2 at page 3.

_____

_____

_____

_____

5.  On November 6, 2005, you were released from the WCDC after securing bail from Bail Bonds Now, Inc.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 1 at pages 3 & 4.

_____

_____

_____

_____

6. On December 6, 2005, a post-arrest warrant was issued by the Washington County Circuit Court for your arrest for breaking or entering, a class D felony.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 1 at page 5.

_____

_____

_____

_____

7.  On December 6, 2005, a felony information was filed against you in the

Washington County Circuit Court for breaking and entering a vehicle and taking a watch,

stereo remote, two small speakers, a gold chain, a ring, and a cell phone.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 1 at page

6.

_____

_____

_____

_____

8.  On December 7, 2005, you were booked into the WCDC on charges of no proof of

insurance, no drivers license, and traffic violations.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 1 at page

8.

_____

_____

_____

_____

9.  On December 7, 2005, you signed another medical release and consent for medical

AO72A
(Rev. 8/82)

services form.

      Agree_____ Disagree_____Without knowledge to agree or disagree_____.

      If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 2 at page

4.

_____

_____

_____

_____

      10.  You also signed on December 7, 2005, another medical insurance information

form agreeing to be responsible for your medical expenses.

      Agree_____ Disagree_____Without knowledge to agree or disagree_____.

      If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 2 at page

5.

_____

_____

_____

_____

      11.  On December 8, 2005, you completed a medical questionnaire indicating you had

no health problems.

      Agree_____ Disagree_____Without knowledge to agree or disagree_____.

      If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 2 at page

6.

AO72A
(Rev. 8/82)

_____

_____

_____

_____

12. You were released on a misdemeanor citation on December 8, 2005.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 1 at page

9.

_____

_____

_____

_____

13.  You were to appear in court on January 6, 2006, at 8:00 a.m.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 1 at page 9

_____

_____

_____

_____

14.  On December 18, 2005, you were booked back into the WCDC on charges of

possession with intent to manufacture, simultaneous possession of drugs and a firearm, being

a felon in possession of a firearm, and possession of drug paraphernalia.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 1 at page 10.

_____

_____

_____

_____

15. On December 18, 2005, you completed a medical questionnaire and indicated you had no health problems.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 2 at page 7.

_____

_____

_____

_____

16.  On December 18, 2005, you signed a medical release and informed consent for medical services and medical insurance information form.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 2 at pages 8 and 9.

_____

_____

_____

_____

17.  On December 19, 2005, you bonded out of the WCDC.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 1 at page

12.

_____

_____

_____

_____

18. On January 17, 2006, you were arrested for failure to appear and on holds for

other departments and booked back into the WCDC.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 1 at page

13.

_____

_____

_____

_____

19. On December 17, 2006, you completed a medical intake questionnaire and

indicated you were allergic to onions but had no other health problems.

-9-

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 2 at page 10.

_____

_____

_____

_____

20. You signed a medical release and informed consent for medical services on which you agreed to request medical treatment in writing and agreed to be responsible for your own medical bills.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 2 at page 11.

_____

_____

_____

_____

21.  On January 26, 2006, you asked for and were provided with the address of the Springdale Jail.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page 1.

-10-

_____

_____

_____

_____

22. On February 2, 2006, you submitted a medical request asking to be moved to D

pod because it was very noisy where you were and you could not sleep at night.  In response,

you were told that people were only moved for the safety and security of the facility.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page

2.

_____

_____

_____

_____

23. On February 5, 2006, you submitted a request stating your Father, who was 70

years old, was gong to have surgery down in Mexico.  You asked that the jail contact

immigration and ask them to send you to Mexico as soon as possible.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page

4.

_____

_____

-11-

_____

_____

24.  On February 2, 2006, you submitted a grievance in Spanish which appears to be a

complaint you had with the telephones.  It was responded to in Spanish.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page

3.

_____

_____

_____

_____

25.  In response, you were told that you would have to contact your family and have

them contact the Immigration and Naturalization Service (INS).  You were told you could

talk to the Chaplin but that he could not tell the INS to hurry and pick you up.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page

4.

_____

_____

_____

_____

26. On February 8, 2006, you submitted a request stating you had submitted a request

-12-

the day before for the sergeant and hadn't had a response yet.  In response, you were told that

the sergeants received requests daily from over 400 detainees and it sometimes took a few

days to get an answer.  You were told to be patient.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page

5.

_____

_____

_____

_____

27.  On February 13, 2006, you submitted a request asking what your court date was.

You stated it had been set that day but no one came for you.  You were told that it was

February 15th and your bond was $75,000.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page

6.

_____

_____

_____

_____

28.  On February 14, 2006, you submitted a medical request for a rash on your face

and above your eyes.  You asked for some cream.

-13-

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 2 at page 13.

_____

_____

_____

_____

29.  You were seen by Nurse Bradley the following day.  She noted no rash or redness on your face or above your eyes.  She indicated she would monitor the situation.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 2 at page 13.

_____

_____

_____

_____

30.  On February 17, 2006, you submitted a request asking if you had any holds.  You were told that you had an INS hold, a failure to appear charge, and your bond was $75,000.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page 7.

_____

-14-

_____

_____

_____

31. On February 22, 2006, a legal assistance request was made on your behalf to the public defender.  It was noted you had an INS hold you wanted to get resolved.  It was noted you had family matters that needed your attention and that you did not speak English.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page 8.

_____

_____

_____

_____

32.  On February 22, 2006, you submitted a medical request.  You stated that you had written a request about a week ago asking to see the nurse.  You stated you had not been seen.  You stated that it was about your back and head.  You said you were broken out bad all over.  You didn't know if it was caused by the blanket or what.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 2 at page 14.

_____

_____

-15-

_____

_____

33.   In response, it was noted that you had bumps on your back and head that were itchy and had been there about two weeks.  You were put on the list to see the doctor and given a cotton blanket.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 23 at page 14.

_____

_____

_____

_____

34.  Did you see Dr. Howard about the bumps on your back and head?

Answer:  Yes _____ No _____.

If you answered yes, please state:  (a) when you saw him; and (b) what treatment you received.

_____

_____

_____

_____

_____

_____

-16-

_____

_____

35.  On February 22, 2006, you submitted a grievance asking why your request about your Father had been ignored.  You asked how you could get a speedy trial.  You stated you needed to see your Father before he died.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page 9.

_____

_____

_____

_____

36(A).  In response, you were told that your requests had not been ignored.  You were told that the Chaplain had been informed of your requests as had the sergeant.  You were also told that they could not do anything about your INS hold.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page 9.

_____

_____

_____

_____

-17-

(B).  Did you or your family contact the INS?

Answer:  Yes _____ No _____.

If you answered no, please explain why you or your family did not contact the INS.

_____

_____

_____

_____

_____

_____

_____

_____

(C).  Please explain how you believe Sheriff Helder could have dropped the INS

charges or caused the INS to transport you to Mexico to see your Father?

Answer:

_____

_____

_____

_____

_____

_____

_____

_____

-18-

37.  On February 28, 2006, you submitted a grievance in Spanish that was responded to in Spanish by Officer Hernandez.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page 10.

_____

_____

_____

_____

38.  On February 28, 2006, you submitted a medical request to have the nurse examine a tumor on your back.  You also stated you had neck problems.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 2 at page 15.

_____

_____

_____

_____

39.  Nurse Moss examined you and noted a raised bump on the right side of your back that had been there about a week.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 2 at page

-19-

15.

_____

_____

_____

_____

40. On March 1, 2006, you were brought to the nurse's station complaining of an

infection on your neck.  Nurse Johnson examined you and noted a cyst like node on the back

of your upper shoulder.  It was raised about a ½ inch and was about the size of a half dollar.

She noted it was grayish in color and had what appeared to be small capillary vessels in it.  It

was firm to the touch.  You told her it came up about a week ago.  She put you on the list to

see Dr. Howard.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 2 at page

16.

_____

_____

_____

_____

41.   Were you seen by Dr. Howard?

Answer:  Yes _____ No _____.

If you answered yes, please state:  (a) when you saw him; and (b) what treatment you

received.

-20-

_____

_____

_____

_____

42. On March 2, 2006, you submitted a request to see your public defender ASAP. Your request was faxed to the public defender's office.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain. In explaining, please refer to Defendants' Exhibit 3 at page 24.

_____

_____

_____

_____

43. On March 9, 2006, you requested information on work release. You were told that you could not get work release on your charges.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain. In explaining, please refer to Defendants' Exhibit 3 at page 12.

_____

_____

_____

_____

-21-

44.  On March 10, 2006, you requested the address to immigration or access to the library.  In response you were told to contact an outside source for the information and that access to a law library must be ordered by a judge.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page 13.

_____

_____

_____

_____

45.  On March 12, 2006, you submitted a medical request.  You stated that the cyst on your right shoulder was keeping you from sleeping at night.  You said you were in bad pain. You indicated the pain was in your entire right side.  You stated you could not take it anymore.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 2 at page 17.

_____

_____

_____

_____

46(A).  In response, Nurse Moss prescribed Ibuprofen, three times daily, for fourteen

-22-

days, and put you on the list to see Dr. Howard.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 2 at page

17.

_____

_____

_____

_____

(B).  You received the Ibuprofen.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 2 at page

21.

_____

_____

_____

_____

47(A).  You were seen by Dr. Howard on March 15, 2006.  Dr. Howard noted the cyst

was not serious and needed to be removed when you got out.  He prescribed Tylenol PM for

three nights.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 2 at page

20.

_____

_____

_____

_____

(B).  You received the Tylenol PM.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 2 at page

22.

_____

_____

_____

_____

48.  On March 15, 2006, you submitted a request stating that you needed to be able to

work in jail.  You stated your children had not eaten in several days and your wife could not

work because she did not have a social security number.  You stated that you were in jail for

drugs that were not yours.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page

14.

_____

_____

_____

-24-

_____

49.  In response, you were told you were charged with failure to appear on underlying charges of breaking or entering and your bond amount was $75,000.  You also were told you had an INS hold.  You were told you did not have any drug charges.  Because you were not committed you were told you could not work as a trustee.  In order for you to get out of jail, you were told you would have to bond out and then go with the INS.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page 14.

_____

_____

_____

_____

50.  On March 16, 2006, you stated you wanted to be released from jail until it was time for you to be deported.  You also asked to speak to someone who could speak Spanish about your case.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.   In explaining, please refer to Defendants' Exhibit 3 at page 15.

_____

_____

_____

-25-

_____

51. In response, you were told that you could not be released from jail unless you

bonded out.  You were told you should probably speak to your public defender.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.   In explaining, please refer to the Defendants' Exhibit 3 at

page 15.

_____

_____

_____

_____

_____

52. On March 20, 2006, you asked that a paper be faxed to the public defender's

office.  It was faxed.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at pages

16-17.

_____

_____

_____

_____

53.  On March 21, 2006, you submitted a medical request stating the medication the

doctor gave you wasn't working.  You stated you were hurting bad and you thought it might

AO72A
(Rev. 8/82)

be a tumor.  You stated that just because you were an illegal didn't mean you didn't have

rights.  If they couldn't help you with your problem, you felt you should be sent back to your

country.  You believed you needed surgery.  You asked that they get immigration over there

so you could get help.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 2 at page

18.

_____

_____

_____

_____

54.  In response, Nurse Moss stated that Dr. Howard had said they would give you

Ibuprofen and monitor the cyst but they were not going to do anything with it now.  She

stated it was not a life threatening issue.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 2 at page

18.

_____

_____

_____

_____

55.  On March 22, 2006, another request for you to speak to your public defender was

-27-

faxed to the public defender's office.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.   In explaining, please refer to Defendants' Exhibit 3 at page

18.

_____

_____

_____

_____

56.  On March 23, 2006, you submitted another request to speak to your public

defender.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page

19.

_____

_____

_____

_____

57.  On April 5, 2006, you submitted a request asking to talk to a corporal.  You

stated you wanted to know if someone else was using your name.  You indicated there were

some charges that were not yours.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page

-28-

20.

_____

_____

_____

_____

58.   In response, you were told no one was using your name at that facility.  If you were talking about Springdale.  You were told you would have to contact them.  If you were talking about your failure to appear, you were told that when they served your warrant they looked up your date of birth and social security number and the charges were yours.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page 20.

_____

_____

_____

_____

59.   On April 6, 2006, you stated the April 5th request had been based on a mis-understanding.  You asked if you could speak to a sergeant but he or she would need a translator because you did not speak very good English.  In response, you were told before you could speak to a sergeant they would need to know why.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page

21.

_____

_____

_____

_____

60.  On April 28, 2006, you requested legal envelopes and they were given to you.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page

22.

_____

_____

_____

_____

61.  On May 10, 2006, you asked to talk to the nurse about a medical shave.  In

response, you were put on the shave list.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 2 at page

19.

_____

_____

_____

_____

AO72A
(Rev. 8/82)

62.  On June 8, 2006, you submitted a request to see your public defender and your request was sent.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page 23.

_____

_____

_____

_____

63.  You were taken to the Nurse's station to be seen by Nurse Johnson on June 8, 2006, about the cyst on your back.  Nurse Johnson had Sgt. Wilson translate for her and she told you that you would have to have the cyst taken care of when you got out of jail.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 2 at page 20.

_____

_____

_____

_____

64.  On June 27, 2006, you were served with an arrest warrant for no liability insurance, no driver's license, and improper use of evidence of registration.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

-31-

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 1 at page

14.

_____

_____

_____

_____

65(A).  You were seen by Dr. Howard on July 25, 2006, for multiple pimples on your

back and arm and prescribed doxycycline.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 2 at page

20.

_____

_____

_____

_____

(B).  You received the doxycycline.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 2 at page

23.

_____

_____

_____

-32-

66.  Dr. Howard provided you all medical care he believed in the exercise of his medical judgment was necessary.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.

_____

_____

_____

_____

_____

_____

_____

_____

67.  Have you received any additional medical care for your cyst?

Answer:  Yes _____  No _____.

If you answered yes, please explain what additional medical care you have received.

_____

_____

_____

_____

_____

_____

-33-

_____

_____

     If you answered no, please explain how the condition of the cyst has changed since you filed the complaint in this case.

_____

_____

_____

_____

_____

_____

_____

_____

     68.  Please explain in detail how you believe Dr. Howard exhibited deliberate indifference to your serious medical needs.

     Answer:

_____

_____

_____

_____

_____

_____

_____

-34-

_____

_____

_____

_____

_____

_____

_____

_____

_____

69.  Please explain in detail how you believe Sheriff Helder violated your federal

constitutional rights.  In doing so, please state whether you ever personally spoke to, or

communicated directly with, Sheriff Helder.

Answer:

_____

_____

_____

_____

_____

_____

_____

_____

_____

-35-

_____

_____

_____

_____

_____

_____

_____

      Detail below any further response you would like to make to the motion for summary judgment.  If you have any exhibits you would like the court to consider, you may attach them to this response.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

-36-

-37-

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS

TRUE AND CORRECT.

EXECUTED ON THIS _____ DAY OF _____ 2007.


_____

ANTONIO RODRIGUEZ

-38-