IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

ANTONIO RODRIGUEZ-RAMIREZ                                    PLAINTIFF

                    v.                Civil No. 06-5062

SHERIFF TIM HELDER;
and DR. HOWARD                                              DEFENDANTS

## CHANGE OF ADDRESS

**The clerk is directed to note on the docket sheet that the plaintiff's full name as noted on the Arkansas Department of Correction website and on various documents submitted in this case is Antonio Rodriguez-Ramirez.**  Mail sent to the plaintiff at the Washington County Detention Center was returned to the court marked undeliverable.  The court has learned via the website maintained by the Arkansas Department of Correction (ADC), www.arkansas.gov/doc/inmate_info/search , that plaintiff is currently incarcerated at a unit of the ADC.

The court hereby directs the same to be entered as the plaintiff's address this date and a file-marked copy provided to all parties of record.  The clerk is also directed to re-mail to plaintiff any pleadings or correspondence which may have been returned as undeliverable.

Plaintiff's new address is:

Mr. Antonio Rodriguez-Ramirez
#137569
Arkansas Department of Correction
Varner Unit
P.O. Box 600
Grady, AR  71644-0600

-1-

**The plaintiff is reminded that he has an obligation to keep the court and opposing counsel informed at all times of his current address.  Failure to do so may result in dismissal of this case for failure to prosecute and/or failure to obey the rules of this court.**

By order (Doc. 18) entered on June 22, 2007, the plaintiff was directed to complete, sign, and return a questionnaire that would be filed as his response to the defendants' motion for summary judgment.  The response to the questionnaire was due by July 26, 2007.  This questionnaire was returned to the court on July 13, 2007, as undeliverable.  The plaintiff is given an extension of time until **August 15, 2007**, to complete, sign, and return the questionnaire.

IT IS SO ORDERED this 24th day of July 2007.

/s/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)