```
          IN THE UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF ARKANSAS
                  FAYETTEVILLE DIVISION
```

ANTONIO RODRIGUEZ-RAMIREZ                                    PLAINTIFF

    v.                              No. 06-5062

SHERIFF TIM HELDER, et al.                                   DEFENDANTS

### ORDER

Now on this 20th day of September, 2007, comes on for consideration the Report and Recommendation filed herein on August 27, 2007, by the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas. (Doc. 23.) Plaintiff has not filed any objections to the Report and Recommendation.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: The Report and Recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, defendants' **Motion for Summary Judgment (Doc. 15)** is **GRANTED** and plaintiff's claims are **DISMISSED WITH PREJUDICE**.

IT IS SO ORDERED.

                                            /S/JIMM LARRY HENDREN
                                            JIMM LARRY HENDREN
                                            UNITED STATES DISTRICT JUDGE